UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ASBESTOS WORKERS, LOCAL UNION NO. 42 : : : : ASBESTOS WORKERS UNION NO. 42 : WELFARE FUND : : ASBESTOS WORKERS UNION NO. 42 : PENSION FUND : : and : : ASBESTOS WORKERS : UNION NO. 42 APPRENTICESHIP FUND : : v. : : SUPERIOR MECHANICAL SERVICES : | CIVIL ACTION NO. 04-275(SLR) |

**REQUEST TO CLERK TO ENTER DEFAULT
PURSUANT TO FED.R.CIV.PRO. 55(a)**

Please enter a default on Defendant, Superior Mechanical Services, for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached affidavit of David A. Gaudioso, Esquire.

DATE: March 16, 2005

                                    BY: /s/ Christopher D. Loizides
                                    Christopher D. Loizides (Del. Bar No. 3968)
                                    LOIZIDES & ASSOCIATES
                                    1225 King Street, Suite 800
                                    Wilmington, DE 19801
                                    Telephone:   (302) 654-0248
                                    Facsimile:    (302) 654-0728
                                    E-mail:         Loizides@loizides.com

                                    and

                                    David A. Gaudioso, Esquire
                                    MERANZE AND KATZ, P.C.
                                    121 South Broad Street, 13th Floor
                                    Philadelphia, PA 19107
                                    Telephone:   (215) 546-4183
                                    Facsimile:    (215) 790-1382
                                    E-mail:         dag@meranzekatz.com
                                    Attorney for Plaintiffs