UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ASBESTOS WORKERS, LOCAL UNION NO. 42 : : : : ASBESTOS WORKERS UNION NO. 42 : WELFARE FUND : : ASBESTOS WORKERS UNION NO. 42 : PENSION FUND : : and : : ASBESTOS WORKERS : UNION NO. 42 APPRENTICESHIP FUND : : v. : : SUPERIOR MECHANICAL SERVICES : | CIVIL ACTION NO. 04-275(SLR) |

**AFFIDAVIT OF DAVID A. GAUDIOSO, ESQUIRE
FOR ENTRY OF DEFAULT**

David A. Gaudioso, having been first duly sworn according to law, hereby deposes and states as follows:

I am an attorney for the Plaintiffs in the above-entitled action.

The Complaint in this action was personally served on the Defendant's Registered Agent for Service on September 15, 2004.

The Defendant has not answered or otherwise moved and the time for Defendant to answer or otherwise move has not been extended.

/s/ David A. Gaudioso
DAVID A. GAUDIOSO, ESQUIRE

SWORN TO AND SUBSCRIBED before me this 14th day of March 2005.

/s/ Tracey L. Wiley
Notary Public of New Jersey
Commission Expires 12/28/2008