UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ASBESTOS WORKERS, LOCAL UNION NO. 42 : : : : ASBESTOS WORKERS UNION NO. 42 : WELFARE FUND : : ASBESTOS WORKERS UNION NO. 42 : PENSION FUND : : and : : ASBESTOS WORKERS : UNION NO. 42 APPRENTICESHIP FUND : : v. : : SUPERIOR MECHANICAL SERVICES : | CIVIL ACTION NO. 04-275(SLR) |

**ORDER**

**AND NOW, TO WIT,** this _____ day of _____, 2005, it appearing from the affidavit by David A. Gaudioso, Esquire, that the above-named defendant has not answered or otherwise moved with respect to the complaint and the plaintiffs having requested the entry of a default for failure to plead or otherwise defend, it is

**ORDERED,** in accordance with Rule 55(a) F.R. Civ. P., that a default be and it hereby is entered against the defendant.

_____
UNITED STATES DISTRICT COURT CLERK