# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

_____

| | | |
|---|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT | : | |
| AND FROST INSULATORS AND ASBESTOS | : | |
| WORKERS, LOCAL UNION NO. 42 | : | |
| | : | |
| ASBESTOS WORKERS UNION NO. 42 | : | |
| WELFARE FUND | : | CIVIL ACTION |
| | : | NO. 04-275(SLR) |
| ASBESTOS WORKERS UNION NO. 42 | : | |
| PENSION FUND | : | |
| | : | |
|     and | : | |
| | : | |
| ASBESTOS WORKERS | : | |
| UNION NO. 42 APPRENTICESHIP FUND | : | |
| | : | |
|       v. | : | |
| | : | |
| SUPERIOR MECHANICAL SERVICES     : | | |

## MOTION FOR DEFAULT JUDGMENT

Under Rule 55(b) of the Federal Rules of Civil Procedure, Plaintiffs move this Honorable

Court to enter default judgment against Superior Mechanical Service award the following relief:

A.     Entry of an order compelling Defendant to permit an authorized representative of

Plaintiffs access to the Defendant's books and payroll records for purposes of determining the

amount of unpaid benefit fund contributions owed to Plaintiffs.

B.     Judgment on all amounts found due and owing pursuant to the audit, plus

applicable interest, liquidated damages and costs, plus reasonable attorney's fees.

C.     Judgment on all amounts determined to be due and owing to Plaintiffs pursuant to

the Asbestos Workers Local Union 42 and Employers Joint Trade Board Decision and the audit.

In support thereof, plaintiffs rely on the Memorandum of Law (Exhibit "1" hereto) and Certification of Counsel (Exhibit "2" hereto).

Dated:  March 16, 2005

Respectfully submitted,

BY: /s/ Christopher D. Loizides
Christopher D. Loizides (Del. Bar No. 3968)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:        Loizides@loizides.com

and

David A. Gaudioso, Esquire
MERANZE AND KATZ, P.C.
121 South Broad Street, 13th Floor
Philadelphia, PA 19107
Telephone:    (215) 546-4183
Facsimile:    (215) 790-1382
E-mail:        dag@meranzekatz.com

Attorney for Plaintiffs