# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ASBESTOS WORKERS, LOCAL UNION NO. 42 : : : : ASBESTOS WORKERS UNION NO. 42 : WELFARE FUND : : ASBESTOS WORKERS UNION NO. 42 : PENSION FUND : : and : : ASBESTOS WORKERS : UNION NO. 42 APPRENTICESHIP FUND : : v. : : SUPERIOR MECHANICAL SERVICES : | CIVIL ACTION NO. 04-275(SLR) |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, do hereby certify that on the 16th day of March, 2005, I did cause to be served true and correct copies of the Plaintiffs' Motion for Default Judgment on the parties on the attached service list as indicated thereon.

Dated: March 16, 2005

/s/ Christopher D. Loizides
Christopher D. Loizides (Del. Bar No. 3968)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 654-0248
Facsimile:  (302) 654-0728
E-mail:  Loizides@loizides.com

**SERVICE LIST**

**VIA FIRST CLASS MAIL**

Superior Mechanical Service
c/o James Owen, Registered Agent for Service
The Brandywine Plaza
2500 Grubb Road
Suite 240-B
Wilmington, DE 19810