IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

INTERNATIONAL ASSOCIATION OF )
HEAT AND FROST INSULATORS AND )
ASBESTOS WORKERS, LOCAL UNION )
NO. 42; ASBESTOS WORKERS )
UNION NO. 42 WELFARE FUND; )
ASBESTOS WORKERS UNION NO. 42 )
PENSION FUND; ASBESTOS )
WORKERS UNION NO. 42 )
APPRENTICESHIP FUND, )
)
    Plaintiffs, )
)
v. ) Civ. No. 04-275-SLR
)
SUPERIOR MECHANICAL SERVICES, )
)
    Defendant. )

**DENIAL OF DEFAULT REQUEST**

THE APPLICATION FOR ENTRY OF DEFAULT IN APPEARANCE (D.I. 6) is denied as plaintiffs have failed to provide proof of service via a return receipt from the United States Postal Service or other postal carrier showing defendant actually received such mailings as averred in the affidavit of David A. Gaudioso.

Dated: August 15, 2005

                                                                  (By) Deputy Clerk