UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTERNATIONAL ASSOCIATION OF HEAT :
AND FROST INSULATORS AND ASBESTOS :
WORKERS, LOCAL UNION NO. 42 :
 :
ASBESTOS WORKERS UNION NO. 42 :
WELFARE FUND : CIVIL ACTION
 : NO. 04-275(SLR)
ASBESTOS WORKERS UNION NO. 42 :
PENSION FUND :
 :
and :
 :
ASBESTOS WORKERS :
UNION NO. 42 APPRENTICESHIP FUND :
 :
v. :
 :
SUPERIOR MECHANICAL SERVICES :

## MOTION FOR DEFAULT JUDGMENT

Under Rule 55(b) of the Federal Rules of Civil Procedure, Plaintiffs move this Honorable Court to enter default judgment against Superior Mechanical Service award the following relief:

A.   Entry of an order compelling Defendant to permit an authorized representative of Plaintiffs access to the Defendant's books and payroll records for purposes of determining the amount of unpaid benefit fund contributions owed to Plaintiffs.

B.   Judgment on all amounts found due and owing pursuant to the audit, plus applicable interest, liquidated damages and costs, plus reasonable attorney's fees.

C.   Judgment on all amounts determined to be due and owing to Plaintiffs pursuant to the Asbestos Workers Local Union 42 and Employers Joint Trade Board Decision and the audit.

In support thereof, plaintiffs rely on the attached Certification of Counsel and Memorandum of Law attached hereto.

Respectfully submitted,

LOIZIDES & ASSOCIATES

BY: _____
Christopher D. Loizides (Del. Bar No. 3968)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 654-0248
Facsimile:  (302) 654-0728
E-mail:  Loizides@loizides.com

Dated: March 22, 2006

and

David A. Gaudioso, Esquire
MERANZE AND KATZ, P.C.
121 South Broad Street, 13th Floor
Philadelphia, PA 19107
Telephone:  (215) 546-4183
Facsimile:  (215) 790-1382
E-mail:  dag@meranzekatz.com

Attorney for Plaintiffs