UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ASBESTOS WORKERS, LOCAL UNION NO. 42<br><br>ASBESTOS WORKERS UNION NO. 42 WELFARE FUND<br><br>ASBESTOS WORKERS UNION NO. 42 PENSION FUND<br><br>and<br><br>ASBESTOS WORKERS UNION NO. 42 APPRENTICESHIP FUND<br><br>v.<br><br><u>SUPERIOR MECHANICAL SERVICES</u> | CIVIL ACTION<br>NO. 04-275(SLR) |

**CERTIFICATION OF COUNSEL**

1. Plaintiffs filed a complaint in this matter on April 30, 2004 to recover unpaid employee benefit fund contributions, interest liquidated damages, and deducted dues and other assessments from the Defendant and to compel an audit of Defendant's payroll records to determine the actual amount of the contribution delinquencies to the Plaintiffs.

2. Defendant Superior Mechanical Service was served via Alias Summons upon its Registered Agent for Service on September 15, 2004.

3. Defendant has failed to respond to the complaint within the time prescribed by Rule 12(a) of the Federal Rules of Civil Procedure.

4. Defendant has failed and refused to remit contributions and payroll reports and has further failed to adhere to the Decision of the Asbestos Workers Local Union 42 and Employers Joint Trade Board.

5. Interest on delinquent contributions are calculated at a rate of ten percent (10%) annually.

6. Liquidated damages (late charges) are calculated at the amount of ten (10) percent of delinquent contributions more than 10 days late.

7. Because Defendant refused to file timely contribution reports for the delinquent period, Plaintiffs request the opportunity to conduct an audit of Defendant's books to determine the total amount of contributions, wages and penalties which are due and owing by Defendant.

8. Counsel for Plaintiffs, David A. Gaudioso, has spent a total of 10.4 hours in connection with this matter, including telephone conversations with Plaintiffs, legal research, the drafting various pleadings, and other court communications, and attendance at various hearings.

9. The usual and customary fee for such services rendered is $140.00 per hour and accordingly, the attorney's fees for David A. Gaudioso are $1,456.00.

10. Plaintiffs have also expended $150.00 for filing costs and $136.00 in service fees pertaining to this matter.

11. Accordingly, Plaintiffs request that this Honorable Court grant judgment against Superior Mechanical Service and in favor of the Plaintiffs as more fully described in the proposed Order.

Respectfully submitted,

LOIZIDES & ASSOCIATES

BY: _____
Christopher D. Loizides (Del. Bar No. 3968)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile    (302) 654-0728
E-mail:      Loizides@loizides.com

Dated: March 22, 2006

and

David A. Gaudioso, Esquire
MERANZE AND KATZ, P.C.
121 South Broad Street, 13th Floor
Philadelphia, PA 19107
Telephone:   (215) 546-4183
Facsimile:   (215) 790-1382
E-mail:      dag@meranzekatz.com

Attorney for Plaintiffs