UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ASBESTOS WORKERS, LOCAL UNION NO. 42<br><br>ASBESTOS WORKERS UNION NO. 42 WELFARE FUND<br><br>ASBESTOS WORKERS UNION NO. 42 PENSION FUND<br><br>and<br><br>ASBESTOS WORKERS UNION NO. 42 APPRENTICESHIP FUND<br><br>v.<br><br>SUPERIOR MECHANICAL SERVICES | CIVIL ACTION<br>NO. 04-275(SLR) |

## ORDER

Upon motion made and good cause having been shown, it is ORDERED that judgment is entered in favor of the Plaintiffs and against Defendant, Superior Mechanical Service.

It is further ORDERED that Defendant shall submit to an audit and accounting of all amounts due to Plaintiffs based upon an examination of Defendant's payroll records. Judgment against Defendant, is also ORDERED for any principal amounts due to the Plaintiffs pursuant to said audit, plus prejudgment interest, liquidated damages, and attorney's fees and costs as specified under Section 502 of ERISA.

Judgment is further ORDERED against Defendant for all lost wages and benefits determined to be owed from the use of employees outside of the hiring hall pursuant to the audit of Defendant's payroll records.

BY THE COURT,

_____
Date

_____
Honorable Sue L. Robinson
United States District Court Judge

060321171506.doc