UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ASBESTOS WORKERS, LOCAL UNION NO. 42 <br><br> ASBESTOS WORKERS UNION NO. 42 WELFARE FUND <br><br> ASBESTOS WORKERS UNION NO. 42 PENSION FUND <br><br> and <br><br> ASBESTOS WORKERS UNION NO. 42 APPRENTICESHIP FUND <br><br> v. <br><br> SUPERIOR MECHANICAL SERVICES | CIVIL ACTION <br> NO. 04-275(SLR) |

### CERTIFICATE OF SERVICE

I, Christopher D. Loizides, do hereby certify that on the 22nd day of March, 2006, I did cause to be served true and correct copies of the Plaintiffs' Motion for Default Judgment on the parties on the attached service list as indicated thereon.

Dated: March 22, 2006

Christopher D. Loizides (Del. Bar No. 3968)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:       Loizides@loizides.com

060322125307.DOC

**SERVICE LIST**

**VIA FIRST CLASS MAIL**

Superior Mechanical Service
c/o James Owen, Registered Agent for Service
The Brandywine Plaza
2500 Grubb Road
Suite 240-B
Wilmington, DE 19810