UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ASBESTOS WORKERS, LOCAL UNION NO. 42 : <br><br> ASBESTOS WORKERS UNION NO. 42 : <br> WELFARE FUND : <br> : <br> ASBESTOS WORKERS UNION NO. 42 : <br> PENSION FUND : <br> : <br> and : <br> : <br> ASBESTOS WORKERS : <br> UNION NO. 42 APPRENTICESHIP FUND : <br> : <br> v. : <br> : <br> SUPERIOR MECHANICAL SERVICES : | CIVIL ACTION <br> NO. 04-275(SLR) |

**REQUEST TO CLERK TO ENTER DEFAULT
PURSUANT TO FED.R.CIV.PRO. 55(a)**

Please enter a default on Defendant, Superior Mechanical Services, for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached affidavit of David A. Gaudioso, Esquire.

LOIZIDES & ASSOCIATES

BY: _____
Christopher D. Loizides (Del. Bar No. 3968)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-Mail:      Loizides@loizides.com

and

Date: March 22, 2006

David A. Gaudioso, Esquire
MERANZE AND KATZ, P.C.
121 South Broad Street, 13th Floor
Philadelphia, PA 19107
Telephone:   (215) 546-4183
Facsimile:   (215) 790-1382
E-mail:      dag@meranzekatz.com
Attorney for Plaintiffs

060321165255.doc