UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ASBESTOS WORKERS, LOCAL UNION NO. 42<br><br>ASBESTOS WORKERS UNION NO. 42 WELFARE FUND<br><br>ASBESTOS WORKERS UNION NO. 42 PENSION FUND<br><br>and<br><br>ASBESTOS WORKERS UNION NO. 42 APPRENTICESHIP FUND<br><br>v.<br><br>SUPERIOR MECHANICAL SERVICES | CIVIL ACTION<br>NO. 04-275(SLR) |

### AFFIDAVIT OF DAVID A. GAUDIOSO, ESQUIRE
### FOR ENTRY OF DEFAULT

David A. Gaudioso, having been first duly sworn according to law, hereby deposes and states as follows:

I am an attorney for the Plaintiffs in the above-entitled action.

The Complaint in this action was personally served on the Defendant's Registered Agent for Service on September 15, 2004. See Exhibit A, attached hereto.

The Defendant has not answered or otherwise moved and the time for Defendant to answer or otherwise move has not been extended.

_____
DAVID A. GAUDIOSO, ESQUIRE

SWORN TO AND SUBSCRIBED before me this 20th day of March 2006.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
APRIL C. HEAD, Notary Public
City of Philadelphia, Phila. County
My Commission Expires January 21, 2009