# EXHIBIT A

2006-03-22 14:08        6        215-790-1382 >> 13026540728        P 2/2
Received: 11/2/04 12:40PM
Nov. 2 2004 1:38PM    Christopher D. Loizides PC                    No. 1924    P. 4

Case 1:04-cv-00275-SLR    Document 10-3    Filed 03/22/2006    Page 2 of 3

COPY

AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     DELAWARE

Int'l. Asn'n. of Heat and Frost Insulators &
Asbestos Workers Local 42, et al.

**ALIAS**

**SUMMONS IN A CIVIL CASE**

V.

Superior Mechanical Services

CASE NUMBER: 04-275 SLR

TO: (Name and address of Defendant)

| Superior Mechanical Services | Registered Agent | Registered Agent |
|---|---|---|
| 108 Sandy Drive | James W. Owen | The Corporation Trust Company |
| Newark, DE 19713-1147 | Brandywood Plaza | Corporation Trust Center |
| | 2500 Grubb Road, Ste. 240-B | 1209 Orange Street |
| | Wilmington, DE 19810 | Wilmington, DE 19801 |

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David A. Gaudioso, Esquire     Christopher D. Loizides, Esquire
Meranze and Katz, P.C.     LOIZIDES & ASSOCIATES
225 South 15th Street, 12th Floor     Legal Arts Building
Philadelphia, PA 19102     1225 King Street, Suite 800
    Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within     **20**     days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                SEP 13 2004

CLERK     [signature]                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 9/15/04 |
| NAME OF SERVER (PRINT) DENORRIS BRITT | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): SERVED: SUPERIOR MECHANICAL SERVICES C/O ITS' REGISTERED JAMES OWEN AT THE BRANDYWINE PLAZA, 2500 GRUBB ROAD, SUITE 240-B, WILMINGTON, DE. COPIES WERE ACCEPTED BY MELINDA DEVEREAUX, PROCESS AGENT, AUTHORIZED TO ACCEPT.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/15/04
Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.