UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ASBESTOS WORKERS, LOCAL UNION NO. 42 ASBESTOS WORKERS UNION NO. 42 WELFARE FUND ASBESTOS WORKERS UNION NO. 42 PENSION FUND and ASBESTOS WORKERS UNION NO. 42 APPRENTICESHIP FUND v. SUPERIOR MECHANICAL SERVICES | CIVIL ACTION NO. 04-275(SLR) |

## ORDER

**AND NOW, TO WIT,** this _____ day of _____, 2006, it appearing from the affidavit by David A. Gaudioso, Esquire, that the above-named defendant has not answered or otherwise moved with respect to the complaint and the plaintiffs having requested the entry of a default for failure to plead or otherwise defend, it is

**ORDERED,** in accordance with Rule 55(a) F.R. Civ. P., that a default be and it hereby is entered against the defendant.

_____
UNITED STATES DISTRICT COURT CLERK

060321170845.doc