UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ASBESTOS WORKERS, LOCAL UNION NO. 42 : : : : ASBESTOS WORKERS UNION NO. 42 WELFARE FUND : : ASBESTOS WORKERS UNION NO. 42 PENSION FUND : : and : : ASBESTOS WORKERS UNION NO. 42 APPRENTICESHIP FUND : : v. : : SUPERIOR MECHANICAL SERVICES : | CIVIL ACTION NO. 04-275(SLR) |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, do hereby certify that on the 22nd day of March, 2006, I did cause to be served true and correct copies of the Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) on the parties on the attached service list as indicated thereon.

Dated: March 22, 2006

Christopher D. Loizides (Del. Bar No. 3968)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: Loizides@loizides.com

060321171100.doc

**SERVICE LIST**

**VIA FIRST CLASS MAIL**

Superior Mechanical Service
c/o James Owen, Registered Agent for Service
The Brandywine Plaza
2500 Grubb Road
Suite 240-B
Wilmington, DE 19810