IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ASBESTOS WORKERS, LOCAL UNION NO. 42; ASBESTOS WORKERS UNION NO. 42 WELFARE FUND; ASBESTOS WORKERS UNION NO. 42 PENSION FUND; ASBESTOS WORKERS UNION NO. 42 APPRENTICESHIP FUND,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUPERIOR MECHANICAL SERVICES,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civ. No. 04-275-SLR<br>)<br>)<br>)<br>) |

**DEFAULT IN APPEARANCE**

AN ENTRY OF DEFAULT IN APPEARANCE is entered against defendant Superior Mechanical Services pursuant to Federal Rule of Civil Procedure 55(a) as defendant has failed to answer or otherwise respond to the complaint. (<u>See</u> D.I. 10)

Dated: May 30, 2006

_____
(By) Deputy Clerk