IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF ) HEAT AND FROST INSULATORS AND ) ASBESTOS WORKERS, LOCAL UNION ) NO. 42; ASBESTOS WORKERS ) UNION NO. 42 WELFARE FUND; ) ASBESTOS WORKERS UNION NO. 42 ) PENSION FUND; ASBESTOS ) WORKERS UNION NO. 42 ) APPRENTICESHIP FUND, ) ) Plaintiffs, ) ) v. ) Civ. No. 04-275-SLR ) SUPERIOR MECHANICAL SERVICES, ) ) Defendant. ) | |

**O R D E R**

At Wilmington this 31st day of May, 2006, the Clerk of
Court having issued a default in appearance against defendant
pursuant to Fed. R. Civ. P. 55(a);

IT IS ORDERED that a default hearing shall be heard on
**Wednesday, August 2, 2006, at 8:30 a.m.** in courtroom 6B on the
sixth floor of the J. Caleb Boggs Federal Building, 844 King
Street, Wilmington, Delaware.

_____
United States District Judge