IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT )<br>AND FROST INSULATORS AND ASBESTOS )<br>WORKERS, LOCAL UNION NO. 42, ASBESTOS)<br>WORKERS UNION NO. 42 WELFARE FUND, )<br>ASBESTOS WORKERS UNION NO. 42 )<br>PENSION FUND, and ASBESTOS WORKERS )<br>UNION NO. 42 APPRENTICESHIP FUND, )<br>)<br>          Plaintiffs, )<br>)<br>  v. )<br>)<br>SUPERIOR MECHANICAL SERVICES, )<br>)<br>          Defendant. )<br>_____) | C.A. No. 04-275 (SLR) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Christopher D. Loizides hereby withdraws as counsel to the International Association of Heat and Frost Insulators and Asbestos Workers, Local Union No. 42, Asbestos Workers Union No. 42 Welfare Fund, Asbestos Workers Union No. 42 Pension Fund and Asbestos Workers Union No. 42 Apprenticeship Fund ("Plaintiffs") in connection with the above-captioned civil matter and Claiborne S. Newlin hereby enters his appearance as Plaintiffs' counsel, effective immediately.

PLEASE TAKE FURTHER NOTICE that Plaintiffs hereby request that all notices given or required to be given in these proceedings be served upon such counsel at the following address:

070227165918.DOC

Claiborne S. Newlin, Esquire
MERANZE AND KATZ, P.C.
1225 King Street, Suite 800
Wilmington, DE 19801
Email: csn@meranzekatz.com

DATED: March __1__, 2007

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
Email:       loizides@loizides.com

*Withdrawing Counsel*

DATED: March __1__, 2007

_____
Claiborne S. Newlin
MERANZE AND KATZ, P.C.
1225 King Street, Suite 800
Wilmington, DE 19801
Email:       csn@meranzekatz.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Claiborne S. Newlin, do hereby certify that on the ___ day of March, 2007, I did cause to be served true and correct copies of the **Notice of Substitution of Counsel** on the parties listed below:

### VIA CERTIFIED MAIL

Superior Mechanical Services
c/o James W. Owen, Registered Agent for Service
Brandywood Plaza
2500 Grubb Road, Suite 240-B
Wilmington, DE 19810

DATED: March 6, 2007

Claiborne S. Newlin
MERANZE AND KATZ, P.C.
1225 King Street, Suite 800
Wilmington, DE 19801
Email: csn@meranzekatz.com